UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------
MENACHEM TAUBENFLIEGEL ET AL

                          Plaintiff,

      -against-

FINANCIAL RECOVERY SERVICES, INC..

                         Defendant.

----------------------------------------------------------

18 CV 6930 (ILG) (PK)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 15 2019 ★
BROOKLYN OFFICE

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the plaintiff (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed and without costs to either party.

*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:/

  s/I. Leo Glasser, USDJ
_____
U.S.D.J.

4/15/19